UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAURABH SINGH and PARUL TOMAR,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | CASE NO. C25-1253RSM<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

The Court has reviewed the stipulation filed by the parties at Dkt. #11 and, for good cause, FINDS AND ORDERS that this case is held in abeyance until November 1, 2025. The parties shall submit a status update on or before November 1, 2025.

DATED this 3rd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1